UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HAMPTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TIM VIRGA, et al.,<br><br>　　　　Defendants. | No. 2:13-cv-0923 JAM DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 15, 2018, the magistrate judge issued findings and recommendations herein (ECF No. 23) which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

　　1. The findings and recommendations issued August 15, 2018 (ECF No. 23), are ADOPTED in full;

1

2. Hampton v. Harrison, No. 2:06-cv-5418 (C.D. Cal. Sep. 14, 2006) and Hampton v. Ayers, No. 2:07-cv-1268 (C.D. Cal. Aug. 14, 2007) are strikes under 28 U.S.C. § 1915(g);

3. Hampton v. Schwarzenegger, No. 2:09-cv-3432 (C.D. Cal. May 22, 2009) is <u>not</u> a strike under 28 U.S.C. § 1915(g), and

4. Defendant Agnone's motion to revoke plaintiff's in forma pauperis status (ECF No. 21) pursuant to 28 U.S.C. § 1915(g) is DENIED.

DATED: September 27, 2018

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATED DISTRICT COURT JUDGE

hamp0923.801