UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HAMPTON,<br><br>   Plaintiff,<br><br>  v.<br><br>TIM VIRGA, et al.,<br><br>   Defendants. | No. 2:13-cv-0923 JAM DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 25, 2018, plaintiff filed a motion for discovery. (ECF No. 28). In it, he requests that he be granted the opportunity to conduct discovery. Given that on October 10, 2018, this court issued a discovery and scheduling order in this matter (see ECF No. 27), the court will deny plaintiff's motion as moot.

Accordingly, IT IS HEREBY ORDERED that plaintiff's October 25, 2018, motion for discovery (ECF No. 28) is DENIED as moot.

Dated: November 1, 2018

DLB:13

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE